UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2016
MAY 9, 2017 SESSION



FILED
MAY - 9 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:17-cr-74
21 U.S.C. § 841(a)(1)

**JEREMIAH JOE JOHNSON**

**I N D I C T M E N T**

The Grand Jury Charges:

On or about April 30, 2017, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JEREMIAH JOE JOHNSON possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

CAROL A. CASTO
United States Attorney

By: R. GREGORY McVEY
Assistant United States Attorney