IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CRIMINAL ACTION NO. 2:17-cr-00074

JEREMIAH JOE JOHNSON,

        Defendant.

### ORDER

A review of the docket reveals that there are no pending motions in this matter. Accordingly, the pretrial motions hearing previously scheduled for **June 22, 2017, at 1:30 p.m.**, is **CANCELED.**

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: June 14, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE